# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CHARLES WILLIS ROWLAND,**

      **Plaintiff,**

    vs.                                      **Case No.: 2:16-cv-481**
                                                **JUDGE GEORGE C. SMITH**
                                                **Magistrate Judge Jolson**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

On March 31, 2017, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's statement of errors be overruled and that judgment be entered in favor of the Defendant, the Commissioner of Social Security. (*See Report and Recommendation*, Doc. 16). This matter is now before the Court on Plaintiff's Objections to the Magistrate Judge's *Report and Recommendation*. (Doc. 17). The Court will consider the matter *de novo*. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Plaintiff's objections restate the exact arguments made in his Statement of Errors, that he told the ALJ of a number of medical issues he had been experiencing, including issues with his back, knee, shoulder, loss of vision in his left eye, psychological impairments, but the ALJ either didn't discuss them or dismissed them. Plaintiff argues that the Magistrate Judge failed to address his arguments and instead made assumptions that the ALJ considered the evidence without directly addressing it because "Plaintiff has not provided evidence that he was blind or otherwise visually disabled." (*Report and Recommendation*, Doc. 16 at 4).

The Court has carefully considered Plaintiff's objections, but finds that there is sufficient evidence supporting the findings of the ALJ and the Magistrate Judge.

Based on the aforementioned and the detailed *Report and Recommendation*, the Court finds that Plaintiff's objections have been thoroughly considered and are hereby **OVERRULED**. Accordingly, the *Report and Recommendation,* Document 16, is **ADOPTED** and **AFFIRMED.** Plaintiff's Statement of Specific Errors is hereby **OVERRULED**, and the decision of the Commissioner of Social Security is **AFFIRMED**.

The Clerk shall remove Documents 16 and 17 from the Court's pending motions list, and enter final judgment in favor of Defendant, the Commissioner of Social Security.

**IT IS SO ORDERED.**

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**